## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 08-317 (05) (RHK/SRN) |
| Plaintiff, | ORDER EXTENDING DEADLINE FOR FILING POSITION PLEADINGS |
| v. | |
| Christopher Francis Braun, | |
| Defendant. | |

_____

This matter came before the undersigned District Court Judge, upon the Motion of Defendant Christopher Francis Braun (Doc. No. 130) for an extension of the deadline for filing position pleadings in this case.

Based upon all the files, records and proceedings herein, **IT IS ORDERED**:

Defendant's Motion is **GRANTED**. Position Pleadings, if required, are to be filed with the Clerk of U.S. District Court, and served upon the United States Probation Office and the office of opposing counsel, on or before May 6, 2009.

Dated: April 29, 2009            s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge